UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 17-cr-245-08-08 |
| -vs- | JUDGE DRELL |
| MICHAEL DEANGELO HALL (08) | MAGISTRATE JUDGE PEREZ-MONTES |

### RULING AND ORDER

Before the court is a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) filed by defendant Michael DeAngelo Hall ("Hall"). (Doc. 568).

Pursuant to 18 U.S.C. § 3582(c)(1)(A) as amended by Section 603(b) of the First Step Act, the Fifth Circuit has made clear that exhaustion of all administrative rights of appeal is a mandatory claim-processing rule. United States v. Franco, 973 F.3d 465, 468. Section 3582(c)(1)(A) provides that prisoners may: (1) file a motion with the court after fully exhausting all administrative rights to appeal the BOP's decision not to file a motion for compassionate release, or (2) file a motion with the court after requesting release when there has been a lapse of thirty (30) or more days from the receipt of such request by the warden of the defendant's facility, whichever is earlier. In each instance, the court will consider the inmate's administrative remedies fully exhausted. 18 U.S.C. § 3582(c)(1)(A).

Hall neither pleads nor demonstrates that he has exhausted the administrative remedies available to him. Accordingly, it is hereby...

**ORDERED** that Hall's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) is **DENIED** for failure to exhaust administrative remedies.

THUS DONE AN SIGNED this 3RD day of March 2022

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT